**Order issued January 8, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-00311-CR**
**No. 05-13-00313-CR**

---

**JAMES DARRELL WESTBROOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

# O R D E R

Before Justices Francis, Lang-Miers, and Lewis

Based on the Court's opinion of this date, we **GRANT** the August 5, 2013 motion of Deborah Ellison Farris for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Deborah Ellison Farris as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to James Darrell Westbrook, Bookin #13012474, Kays Tower-KT 02F, Dallas County Jail, P. O. Box 660334, Dallas, Texas, 75266-0334.

/Molly Francis/
MOLLY FRANCIS
JUSTICE